AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Edgar Flavio SALINAS-Guemes<br>YOB: 1962  Citizenship: Mexico | )<br>)<br>)  Case No. 7:18mj1548<br>)<br>)<br>) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 27, 2018  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute heroin |
| 21 U.S.C. § 952 | Illegal Importation of heroin |

This criminal complaint is based on these facts:
On July 27, 2018, Edgar Flavio SALINAS-Guemes was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately 5.84 kilograms of heroin concealed in the dash board area of the vehicle he was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Approved*

*[signature]*
AUSA

*[signature]*
Complainant's signature

Edgard Reynoso, HSI TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/27/2018  3:31pm

*[signature]*
Judge's signature

City and state:  McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
Printed name and title

## Attachment "A"

On July 27, 2018, driver, Edgar Flavio SALINAS-Guemes attempted to make entry into the United States (US) at the Hidalgo, Texas Port of Entry in a 2005 Chrysler Town and Country van.

During primary inspection Customs and Border Protection Officer (CBPO) I. Marin inspected SALINAS-Guemes. CBPO I. Marin took a negative declaration and SALINAS-Guemes stated that he was going shopping.

CBPO's M. Santoy and J. Arellano were conducting secondary operations at the Hidalgo, Texas Port of Entry and referred SALINAS-Guemes for further inspection. CBPO M. Santoy asked SALINAS-Guemes where he was coming from and stated that he was coming from Toluca, Mexico approximately 12 hours away from Hidalgo, Texas. SALINAS-Guemes stated that he spent the night in Reynosa, Mexico and was traveling to Mercedes, Texas to shop at the outlets to purchase merchandise. SALINAS-Guemes stated that at the moment he did not have any cash but somebody was going to deposit money for him in the bank to later withdraw it while in the US.

CBPO J. Arellano conducted an inspection of the vehicle. During inspection CBPO J. Arellano probed the heater core in the vehicle yielding a white powdery substance on the probe.

Customs Enforcement Officer (CEO) G. Barrera and his Narcotics Detection Dog (NDD)"Asi" conducted an inspection on SALINAS-Guemes' vehicle and alerted to the trained odor of narcotics in the dash board area.

Further inspection of the vehicle yielded hand written documents. The documents contained trip expenses, detailed route to Houston, Texas, addresses and phone numbers in Houston, and comments on what to state to CBP officers when at primary inspection.

Inspection of the vehicle revealed a total of five (5) packages concealed in the dash board area. The five (5) packages field tested positive for the properties of heroin. The total weight of the heroin was approximately 5.84 kilograms.

Homeland Security Investigations (HSI) Special Agents were advised of the situation and responded to the Hidalgo, Texas (POE) to interview SALINAS-Guemes. HSI's SA's read SALINAS-Guemes his Miranda rights and SALINAS-Guemes elected to have an attorney present before making any statement.